UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GPNE Corp.,

    Plaintiff(s),

v.

Nokia Corp. and Nokia Inc.

    Defendant(s).

Case No: 5:12-cv-03056-LHK

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)

**Filed** SEP 27 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

I, Erik J. Dykema, an active member in good standing of the bar of USDC for the SDNY, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Nokia Corp. and Nokia Inc. in the above-entitled action. My local co-counsel in this case is Cheryl A. Sabnis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036-4003 | King & Spalding LLP<br>101 Second Street, Suite 2300<br>San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD:<br>(212) 556-2189 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 318-1250 |
| MY EMAIL ADDRESS OF RECORD:<br>edykema@kslaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>csabnis@kslaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: n/a.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/26/12

              APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Erik J. Dykema is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 9, 2012

            Lucy H. Koh
            UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE