ORIGINAL / FAXED

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**Filed SEP 27 2012**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

GPNE Corp.,

    Plaintiff(s),

v.

Nokia Corp. and Nokia Inc.

    Defendant(s).

Case No: 5:12-cv-03056-LHK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Alexas D. Skucas, an active member in good standing of the bar of USDC for the SDNY, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Nokia Corp. and Nokia Inc. in the above-entitled action. My local co-counsel in this case is Cheryl A. Sabnis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036-4003 | King & Spalding LLP<br>101 Second Street, Suite 2300<br>San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD:<br>(212) 827-4049 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 318-1250 |
| MY EMAIL ADDRESS OF RECORD:<br>askucas@kslaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>csabnis@kslaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: n/a.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 09/27/12

    */s/ Alexas D. Skucas*
    APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Alexas D. Skucas is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 9, 2012

    */s/ Lucy H. Koh*
    UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER