UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GPNE CORP.,<br><br>    Plaintiff,<br><br>    vs.<br><br>NOKIA CORPORATION AND NOKIA, INC.,<br><br>    Defendants. | Civil No. 5:12-CV-03056-LHK |

**ORDER GRANTING JOINT MOTION TO AMEND THE CASE MANAGEMENT ORDER AS IT RELATES TO THE MEDIATION DEADLINE**

Before the Court is the Parties' Joint Motion to Amend the Case Management Order as it Relates to the Mediation Deadline. Having considered the Motion, and finding that good cause exists and that the relief sought is appropriate, it is hereby ORDERED that the deadline to complete mediation is extended from November 30, 2012 to December 13, 2012.

Dated: November 21, 2012

_____
Hon. Lucy H. Koh
United States District Judge

1