| | |
|---|---|
| GARTEISER HONEA, P.C. | FISH & RICHARDSON P.C. |
| Randall Garteiser (CSB No. 231821 / Randall.Garteiser@sftrialattorneys.Com) | Kelly C. Hunsaker (CSB No. 168307 / hunsaker@fr.com) |
| Christopher Alan Honea (CSB No. 232473 / Chris.Honea@sftrialattorneys.Com) | Enrique Duarte (CSB No. 247523 / duarte@fr.com) |
| 44 N. San Pedro Road | 500 Arguello Street, Suite 500 |
| San Rafael, CA 94903 | Redwood City, CA 94063 |
| Phone: (415) 785-3762 | Tel: (650) 839-5070 Fax: (650) 839-5071 |
| Fax: (415) 785-3805 | |
| | Ruffin B. Cordell (*pro hac vice*) |
| BURNS & LEVINSON LLP | cordell@fr.com |
| | 1425 K Street, NW, Suite 1100 |
| Alexandra Capachietti (Acapachietti@burnslev.Com) | Washington, DC 20005 |
| Howard J. Susser | Tel: (207) 783-5070 Fax: (207) 783-2331 |
| (Hsusser@burnslev.Com) | Christopher O. Green (*pro hac vice*) |
| Paul Thomas Muniz (Pmuniz@burnslev.Com) | cgreen@fr.com |
| Zachary R. Gates | Aamir A. Kazi (*pro hac vice*) |
| (Zgates@burnslev.Com) | kazi@fr.com |
| 125 Summer Street | Jacqueline Tio (*pro hac vice*) |
| Boston, MA 02110 | tio@fr.com |
| | 1180 Peachtree Street, 21st Floor |
| NELSON BUMGARDNER CASTO, P.C. | Atlanta, GA 30309 |
| | Tel: (404) 892-5005 Fax: (404) 892-5002 |
| Barry J. Bumgardner (Barry@nbclaw.Net) | Benjamin C. Elacqua (*pro hac vice*) |
| Steven W. Hartsell (Shartsell@nbclaw.Net) | elacqua@fr.com |
| 3131 W 7th St Suite 300 | 1221 McKinney Street, Suite 2800 |
| Ft Worth, TX 76107 | Houston, TX 77010 |
| | Tel: (713) 654-5300 Fax: (713) 652-0109 |
| Attorneys for Plaintiff GPNE Corp. | |
| | Attorneys for Defendant APPLE INC. |

JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY REGARDING GPNE CORP.'S MOTION FOR LEAVE TO AMEND/SUPPLEMENT ITS INFRINGEMENT CONTENTIONS POST-*MARKMAN* (NO. 91)

Case Nos. 5:12-cv-02885-LHK, 5:12-cv-03056-LHK, and 5:12-cv-03057-LHK

1  KING & SPALDING LLP

2  Cheryl A. Sabnis (SBN 224323)
csabnis@kslaw.com
3  101 Second Street, Suite 2300
San Francisco, California 94105
4  Tel: (415) 318-1300 Fax: (415) 318-1300

5  Sanjeet Dutta (CSB No. 203463)
sdutta@kslaw.com
6  333 Twin Dolphin Drive, Suite 400
7  Redwood Shores, CA 94065
Tel: (650) 590-0700 Fax: (650) 590-1900
8
9  Alexas D. Skucas (*pro hac vice*)
askucas@kslaw.com
10 1185 Avenue of the Americas
New York, NY 10036-4003
11 Tel: (212) 556-2100 Fax: (212) 556-2222

12 Steven T. Snyder (*pro hac vice*)
ssnyder@kslaw.com
13 100 N. Tryon Street, Suite 3900
14 Charlotte, North Carolina 28202
Tel: (704) 503-2600 Fax: (704) 503-2622
15
16 Attorneys for Defendants NOKIA INC. and NOKIA CORP

GORDON & REES LLP

Gordon I. Endow  (CSB No. 99638)
gendow@gordonrees.com
Lyndy Chang Stewart (CSB: 196455)
lstewart@gordonrees.com
275 Battery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 986-5900 Fax: (415) 986-8054

H.C. PARK & ASSOCIATES, P.C.

Alan A. Wright (*pro hac vice*)
awright@park-law.com
1894 Preston White Drive
Reston, VA 20191
Tel: (703) 944-9256 / Fax: (703) 288-5139

Attorneys for Defendants PANTECH CO. LTD. and PANTECH WIRELESS, INC.

17
18
19
20
21
22
23
24
25
26
27
28 | JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY REGARDING GPNE CORP.'S MOTION FOR LEAVE TO AMEND/SUPPLEMENT ITS INFRINGEMENT CONTENTIONS POST-*MARKMAN* (NO. 91) | Case Nos.5:12-cv-02885-LHK, 5:12-cv-03056-LHK, and 5:12-cv-03057-LHK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

| | |
|---|---|
| GPNE Corp.,<br><br>  Plaintiff,<br><br>v.<br><br>APPLE INC.<br><br>  Defendant. | Case No. 5:12-cv-02885-LHK<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY REGARDING GPNE CORP.'S MOTION FOR LEAVE TO AMEND/SUPPLEMENT ITS INFRINGEMENT CONTENTIONS POST-*MARKMAN* (NO. 91)**<br><br>Date:     November 5, 2013<br>Time:    10:00 AM<br>Place:    Courtroom 5, 4th Floor<br>Judge:   Hon. Paul S. Grewal |
| GPNE Corp.,<br><br>  Plaintiff,<br><br>v.<br><br>NOKIA CORP. AND NOKIA INC.,<br>  Defendant, | Case No. 5:12-cv-03056-LHK |
| GPNE Corp.,<br><br>  Plaintiff,<br><br>v.<br><br>PANTECH CO., LTD AND PANTECH WIRELESS, INC.,<br>  Defendant. | Case No. 5:12-cv-03057-LHK |

JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY REGARDING GPNE CORP.'S MOTION FOR LEAVE TO AMEND/SUPPLEMENT ITS INFRINGEMENT CONTENTIONS POST-*MARKMAN* (NO. 91)

Case Nos. 5:12-cv-02885-LHK, 5:12-cv-03056-LHK, and 5:12-cv-03057-LHK

**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY TO GPNE CORP.'S MOTION FOR LEAVE TO AMEND/SUPPLEMENT ITS INFRINGEMENT CONTENTIONS POST-*MARKMAN* (NO. 91)**

Pursuant to Civil L.R. 6-1 and 6-2, Plaintiff GPNE Corp. ("GPNE") and defendants Apple Inc., Nokia Corp., Nokia Inc., Pantech Co. Ltd., and Pantech Wireless, Inc. ("Defendants"), defendants in three separately pending actions pending in this District, by and through their respective counsel, stipulate to set the time for Defendants to respond to GPNE's Motion for Leave to Amend/Supplement its Infringement Contentions Post-*Markman* (No. 91), as follows:[1]

1. On September 26, 2013, GPNE filed its Motion;

2. Pursuant to Civil L.R. 7-3, the due date for Defendants to file their responses is October 10, 2013, and the due date for GPNE to file its reply is October 17, 2013;

3. At the case management conference held on October 2, 2013, the Court ordered GPNE to renotice its Motion in front of Magistrate Judge Grewal;

4. On October 9, 2013, GPNE renoticed its Motion before Magistrate Judge Grewal for a hearing on November 5, 2013 at 10:00 A.M.;

5. The parties have agreed that Defendants will file an opposition pursuant to Civil L.R. 7-3 by October 15, 2013 and that GPNE will file its reply by October 25, 2013;

---

[1] The co-pending actions are: *GPNE Corp. v. Apple Inc.*, Case No. 5:12-CV-02885-LHK (N.D. Cal.); *GPNE Corp. v. Nokia Corp. et al.*, Case No. 5:12-CV-03056-LHK (N.D. Cal.); and *GPNE Corp. v. Pantech Co. Ltd. et al.*, Case No. 5:12-CV-03057-LHK (N.D. Cal.).

JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY REGARDING GPNE CORP.'S MOTION FOR LEAVE TO AMEND /SUPPLEMENT ITS INFRINGEMENT CONTENTIONS POST-*MARKMAN* (NO. 91)

Case Nos.5:12-cv-02885-LHK, 5:12-cv-03056-LHK, and 5:12-cv-03057-LHK

1

6. No previous extensions of time regarding this Motion have been requested or granted; and

7. This requested modification will not alter the date of any event or any deadline already fixed by Court order.

THEREFORE, IT IS HEREBY STIPULATED by and between GPNE and Defendants that Defendants will have until October 15, 2013, to respond to GPNE's Motion and that GPNE will have until October 25, 2013, to file its reply.

Dated: October 10, 2013

NELSON BUMGARDNER CASTO, P.C.

By: /s/ Barry J. Bumgardner

Attorneys for Defendants
PANTECH CO. LTD. and PANTECH WIRELESS, INC.

Dated: October 10, 2013

FISH & RICHARDSON P.C.

By: /s/ Christopher O. Green

Attorneys for Defendant
APPLE INC.

Dated: October 10, 3013

KING & SPALDING LLP

By: /s/ Alexas D. Skucas

Attorneys for Defendants
NOKIA INC. and NOKIA CORP

Dated: October 10, 2013

H.C. PARK & ASSOCIATES, PLC

By: /s/ Alan A. Wright

Attorneys for Defendants
PANTECH CO. LTD. and PANTECH WIRELESS, INC.

JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY REGARDING GPNE CORP.'S MOTION FOR LEAVE TO AMEND /SUPPLEMENT ITS INFRINGEMENT CONTENTIONS POST-*MARKMAN* (NO. 91)

Case Nos.5:12-cv-02885-LHK, 5:12-cv-03056-LHK, and 5:12-cv-03057-LHK

2

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing therefore;

**IT IS SO ORDERED.**

Dated: __October 10__, 2013

*/s/ Paul S. Grewal*

Paul S. Grewal
United States Magistrate Judge

I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

Dated: October 10, 2013          FISH & RICHARDSON P.C.

By: */s/ Jacqueline Tio*

Jacqueline Tio

JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY REGARDING GPNE CORP.'S MOTION FOR LEAVE TO AMEND /SUPPLEMENT ITS INFRINGEMENT CONTENTIONS POST-*MARKMAN* (NO. 91)

Case Nos.5:12-cv-02885-LHK, 5:12-cv-03056-LHK, and 5:12-cv-03057-LHK

3