**BURNS & LEVINSON LLP**
Howard J. Susser (*pro hac vice*)
hsusser@burnslev.com
Paul T. Muniz (*pro hac vice*)
pmuniz@burnslev.com
Zachary R. Gates (*pro hac vice*)
zgates@burnslev.com
Alexandra Capachietti (*pro hac vice*)
acapachietti@burnslev.com
125 Summer Street
Boston, Massachusetts
[Tel.] (617) 345-3000
[Fax] (617) 345-3299

**Attorneys for Plaintiff GPNE Corp.**
(additional counsel below)

**KING & SPALDING LLP**
Steven T. Snyder (*pro hac vice*)
ssnyder@klslaw.com
100 N. Tryon Street, Suite 3900
Charlotte, NC 28202
 [Tel.] (704) 503-2630
[Fax]  (704) 503-2622

**Attorneys for Defendants Nokia Corp. and Nokia Inc.**
(additional counsel below)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(San Jose Division)**

| | |
|---|---|
| GPNE CORP., <br><br> Plaintiff, <br><br> v. <br><br> NOKIA CORP. and <br> NOKIA INC. <br><br> Defendants. | **STIPULATED JOINT MOTION TO DISMISS DEFENDANTS NOKIA CORP. AND NOKIA INC. WITH PREJUDICE** <br><br> Case No.:  5:12-cv-03056-LHK |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff GPNE Corp. ("GPNE"), and Defendants Nokia Corp. and Nokia Inc. (the "Nokia Defendants") hereby move the Court to dismiss with prejudice all claims asserted by GPNE in this case as a result of a settlement between the parties. GPNE on the one hand, and the Nokia Defendants on the other hand, agree that each party shall bear its own fees and expenses.

1

**STIPULATED JOINT MOTION TO DISMISS DEFENDANTS NOKIA CORP. AND NOKIA INC. WITH PREJUDICE AND [PROPOSED] ORDER**
**CASE NO. 5:12-CV-03056-LHK**

| | |
|---|---|
| 1 | A proposed order is being filed herewith. |
| 2 | Dated:  January 8, 2014 |

| | | |
|---|---|---|
| 2 | | Respectfully submitted, |
| 3 | /s/ Randall T. Garteiser | /s/ Alexas D. Skucas |
|   | **GARTEISER HONEA, P.C.** | **KING & SPALDING LLP** |
| 4 | Randall T. Garteiser (SBN 231821) | Steven T. Snyder (*pro hac vice*) |
|   | randall.garteiser@sftrialattorneys.com | ssnyder@klslaw.com |
| 5 | Christopher A. Honea (SBN 232473) | 100 N. Tryon Street, Suite 3900 |
| 6 | chris.honea@sftrialattorneys.com | Charlotte, NC 28202 |
|   | 44 North San Pedro Road | [Tel.] (704) 503-2630 |
| 7 | San Rafael, California 94903 | [Fax]  (704) 503-2622 |
|   | [Tel.] (415) 785-3762 | |
| 8 | [Fax] (415) 785-3805 | Alexas D. Skucas (*pro hac vice*) |
|   | | askucas@kslaw.com |
| 9 | | Mark H. Francis (*pro hac vice*) |
|   | **NELSON BUMGARDNER CASTO, P.C.** | mfrancis@kslaw.com |
| 10 | Barry J. Bumgardner (*pro hac vice*) | 1185 Avenue of the Americas |
|   | barry@nbclaw.net | New York, NY 10036 |
| 11 | Steven W. Hartsell (*pro hac vice*) | [Tel.]  (212) 556-2100 |
|   | shartsell@nbclaw.net | [Fax]  (212) 556-2222 |
| 12 | 3131 West 7th Street, Suite 300 | |
| 13 | Fort Worth, Texas 76107 | Sanjeet K. Dutta (SBN 203463) |
|   | [Tel.] (817) 377-9111 | sdutta@kslaw.com |
| 14 | [Fax] (817) 377-3485 | 333 Twin Dolphin Drive, Suite 400 |
|   | | Redwood Shores, CA 94065 |
| 15 | **BURNS & LEVINSON LLP** | [Tel.]  (650) 590-0700 |
|   | Howard J. Susser (*pro hac vice*) | [Fax]  (650) 590-1900 |
| 16 | hsusser@burnslev.com | |
|   | Paul T. Muniz (*pro hac vice*) | Cheryl A. Sabnis (SBN 224323) |
| 17 | pmuniz@burnlev.com | csabnis@kslaw.com |
|   | Zachary R. Gates (*pro hac vice*) | 101 Second Street, Suite 2300 |
| 18 | zgates@burnslev.com | San Francisco, CA 94105 |
| 19 | Alexandra Capachietti (*pro hac vice*) | [Tel.]  (415) 318-1200 |
|   | acapachietti@burnslev.com | [Fax]  (415) 318-1300 |
| 20 | 125 Summer Street | |
|   | Boston, Massachusetts 02110-1624 | |
| 21 | [Tel.] (617) 345-3000 | |
| 22 | [Fax] (617) 345-3299 | |

**STIPULATED JOINT MOTION TO DISMISS DEFENDANTS NOKIA CORP. AND NOKIA INC. WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NO. 5:12-CV-03056-LHK**

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff GPNE Corp. ("GPNE") moves this Court to dismiss the claims brought against Nokia Corp. and Nokia Inc. in the Complaint with prejudice to re-filing. Having considered this request, the Court finds the motion has merit and should be GRANTED.

IT IS THEREFORE ORDERED that all claims for relief asserted by GPNE are dismissed with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __January 8_____, 2014

_____
The Honorable Lucy H. Koh
United States District Judge

**STIPULATED JOINT MOTION TO DISMISS DEFENDANTS NOKIA CORP. AND NOKIA INC. WITH PREJUDICE AND [PROPOSED] ORDER
CASE NO. 5:12-CV-03056-LHK**